WILBUR DUBERSTEIN ET AL. *v.* VICTORIA MOTELS, INC., ET AL.

KING, C. J., ALCORN, HOUSE, COTTER and THIM, JS.

Argued May 4—decided May 5, 1967

*Richard Shaffer,* with whom, on the brief, was *James K. Killelea,* for the appellant (named plaintiff).

*Elihu H. Berman,* for the appellee (named defendant).

PER CURIAM. There is no error in the denial of the motion to open the judgment of foreclosure. The case is remanded with direction to render judgment as on file except for such modification as is made necessary by the lapse of time since the date of the original judgment.